# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **Jill L. Mazurek (f/k/a Jill L. McCavitt)**, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**FutureSimple Inc.**, a Delaware corporation, )<br>**Zendesk, Inc.**, a Delaware corporation, and )<br>**Abbott Merger Sub, Inc.**, a Delaware )<br>corporation, )<br>)<br>Defendants. ) | **Case Number: 19-cv-01986**<br><br>**Judge: Hon. Jorge L. Alonso**<br>**Magistrate Judge: Gabriel A. Fuentes** |

## STIPULATION TO DISMISS

Plaintiff Jill L. Mazurek (f/k/a Jill L. McCavitt) ("Plaintiff"), on the one hand, and Defendants Future Simple Inc., Zendesk, Inc. and Abbott Merger Sub, Inc. (collectively, "Defendants"), on the other hand, hereby stipulate to and agree to dismissal of all causes in this litigation with prejudice and with each side to bear their own costs and fees, and hereby request the Court to enter an Order to such effect.

Date: February 28, 2020

| | |
|---|---|
| Respectfully submitted,<br>RM PARTNERS LAW, LLC | Respectfully Submitted,<br>LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ Danielle S. McKinley<br>Danielle S. McKinley<br>305 N. Peoria, Ste. 200<br>Chicago, Illinois 60607<br>(312) 251-2292<br>dmckinley@rmpartnerslaw.com<br>Attorneys for Plaintiff | /s/ Mary A. Smigielski<br>Mary A. Smigielski<br>550 W. Adams St., Ste. 300<br>Chicago, Illinois 60661<br>(312) 463-3377<br>Mary.Smigielski@lewisbrisbois.com<br>Attorney for Defendants |